Law Offices of Steven C. Hathaway
3811 Consolidation Avenue
Bellingham, WA 98227
Phone: (360) 676-0529

Honorable Marc Barreca
Chapter 11

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Proceeding |
| | ) | |
| BRADLEY AND KRISTING HAGGEN, | ) | Case No. 20-10591-MLB |
| *Debtors*. | ) | |
| | ) | DECLARATION OF BRADLEY HAGGEN |
| | ) | REGARDING BALANCE SHEET, |
| | ) | STATEMENT OF OPERATIONS, |
| _____ | ) | AND CASH-FLOW STATEMENT |

I, Bradley Haggen, declare:

1. I have personal knowledge of the facts set forth below and if called as a witness I can and will competently testify to them under oath.

2. My wife and I are W-2 employees.

3. We do not have a formal balance sheet, statement of operations or cash flow statement.

4. Our schedule I income is based on wages from our employers.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

*Dated*: 02/25/2020      */s/ Bradley Haggen*
                  Bradley Haggen,

DECLARATION OF BRADLEY HAGGEN

LAW OFFICES OF STEVEN C. HATHAWAY
3811 CONSOLIDATION AVENUE
BELLINGHAM, WA 98229
PHONE (360) 676-0529
FAX (360) 676-0067