| Skylark's 2020 Budget | January | February | March | April | May | June | July | August | September | October | November | December | 1st Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | **103,000** | **100,000** | **120,000** | **115,000** | **118,000** | **120,000** | **131,000** | **141,000** | **121,000** | **117,000** | **108,000** | **123,000** | **1,417,000** |
| Cost of Goods Sold | 30,900 | 30,000 | 36,000 | 34,500 | 35,400 | 36,000 | 39,300 | 42,300 | 36,300 | 35,100 | 32,400 | 36,900 | 425,100 |
| **Gross Profit** | **72,100** | **70,000** | **84,000** | **80,500** | **82,600** | **84,000** | **91,700** | **98,700** | **84,700** | **81,900** | **75,600** | **86,100** | **991,900** |
| Manager Wages | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | 6,487 | **77,844** |
| Employee Wages Front/Back | 30,900 | 30,000 | 36,000 | 34,500 | 35,400 | 36,000 | 39,300 | 42,300 | 36,300 | 35,100 | 32,400 | 36,900 | **425,100** |
| Payroll Tax | 3,708 | 3,600 | 4,320 | 4,140 | 4,248 | 4,320 | 4,716 | 5,076 | 4,356 | 4,212 | 3,888 | 4,428 | **51,012** |
| PTO/Sick | 618 | 600 | 720 | 690 | 708 | 720 | 786 | 846 | 726 | 702 | 648 | 738 | **8,502** |
| Unemployment Tax | 515 | 500 | 600 | 575 | 590 | 600 | 655 | 705 | 605 | 585 | 540 | 615 | **7,085** |
| Workers Compensation | 412 | 400 | 480 | 460 | 472 | 480 | 524 | 564 | 484 | 468 | 432 | 492 | **5,668** |
| Medical Insurance | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | 1,250 | **15,000** |
| 401-K Benefits | 334 | 334 | 334 | 334 | 334 | 334 | 334 | 334 | 334 | 334 | 334 | 334 | **4,003** |
| **Total COGS** | 75,124 | 73,171 | 86,191 | 82,936 | 84,889 | 86,191 | 93,352 | 99,862 | 86,842 | 84,238 | 78,379 | 88,144 | **1,019,314** |
| **Total Gross Profit** | **27,876** | **26,829** | **33,809** | **32,064** | **33,111** | **33,809** | **37,648** | **41,138** | **34,158** | **32,762** | **29,621** | **34,856** | **397,686** |
| **Expenses** | | | | | | | | | | | | | |
| Direct Operating Cost | 6,180 | 6,000 | 7,200 | 6,900 | 7,080 | 7,200 | 7,860 | 8,460 | 7,260 | 7,020 | 6,480 | 7,380 | **85,020** |
| Comps, Promotions & Marketing | 1,040 | 1,010 | 1,212 | 1,162 | 1,192 | 1,212 | 1,323 | 1,424 | 1,222 | 1,182 | 1,091 | 1,242 | **14,312** |
| General & Administrative | 5,562 | 5,400 | 6,480 | 6,210 | 6,372 | 6,480 | 7,074 | 7,614 | 6,534 | 6,318 | 5,832 | 6,642 | **76,518** |
| Utilities & Telephone | 3,708 | 3,600 | 4,320 | 4,140 | 4,248 | 4,320 | 4,716 | 5,076 | 4,356 | 4,212 | 3,888 | 4,428 | **51,012** |
| **Total Expense** | **16,490** | **16,010** | **19,212** | **18,412** | **18,892** | **19,212** | **20,973** | **22,574** | **19,372** | **18,732** | **17,291** | **19,692** | **226,862** |
| **Net Ordinary Income** | **11,386** | **10,819** | **14,597** | **13,653** | **14,220** | **14,597** | **16,675** | **18,564** | **14,786** | **14,031** | **12,331** | **15,164** | **170,824** |
| Rent & CAM | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | 4,841 | **58,092** |
| General Liability Insurance | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | 516 | **6,186** |
| Storage, Equip Rent | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | 160 | **1,920** |
| Legal & Professional Fees | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | **12,000** |
| Key Bank Amortization | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | 1,733 | **20,796** |
| Loan Interest | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | 1,795 | **21,540** |
| **Total Occupancy** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **10,045** | **120,534** |
| **Total Expenses** | **101,658** | **99,225** | **115,447** | **111,392** | **113,825** | **115,447** | **124,369** | **132,480** | **116,258** | **113,014** | **105,714** | **117,880** | **1,366,710** |
| **Profit Before Overhead** | **1,342** | **775** | **4,553** | **3,608** | **4,175** | **4,553** | **6,631** | **8,520** | **4,742** | **3,986** | **2,286** | **5,120** | **50,290** |
| Officer Salary | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | **60,000** |
| **Net Profit** | **-3,658** | **-4,225** | **-447** | **-1,392** | **-825** | **-447** | **1,631** | **3,520** | **-258** | **-1,014** | **-2,714** | **120** | **-9,710** |
| **Cash Projection** | **-3,658** | **-7,884** | **-8,331** | **-9,722** | **-10,547** | **-10,994** | **-9,363** | **-5,844** | **-6,102** | **-7,116** | **-9,830** | **-9,710** | **-9,710** |